Certificate Number: 03605-PR-DE-015676509

Bankruptcy Case Number: 11-04928


03605-PR-DE-015676509

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>August 6, 2011</u>, at <u>9:00</u> o'clock <u>AM AST</u>, <u>LIDIA RODRIGUEZ LAUREANO</u> completed a course on personal financial management given <u>in person</u> by <u>Consumer Credit Counseling Service of Puerto Rico, Inc.</u>, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the <u>District of Puerto Rico</u>.

Date: <u>August 6, 2011</u>       By: _____

Name: <u>Francisco Garcia</u>

Title: <u>Counselor</u>